UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIGENE LABORATORIES, INC. AND UPSHER-SMITH LABORATORIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC. AND APOTEX CORP.,<br><br>Defendant. | Case No. 07-MC-80218-SI<br><br>DECLARATION OF SONJA KEENAN IN SUPPORT OF PLAINTIFFS' APPLICATIONS FOR ADMISSION OF ATTORNEY PRO HAC VICE OF SONJA KEENAN AND ANDREW C. CHIEN |

Sonja Keenan declares:

1. I make this declaration in support of Plaintiffs' Application for Admission of Attorney Pro Hac Vice of Sonja Keenan and Andrew C. Chien.

2. I am an associate with the law firm of Morgan & Finnegan, L.L.P., counsel for Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc.

3. George Tacticos (Bar No. 60089) is a member of the bar of this Court in good standing and maintains an office within the State of California. Mr. Tacticos is Counsel at the California office of Morgan & Finnegan, LLP located at 44 Montgomery Street, Suite 2550, San Francisco, CA 94104-4712. Mr. Tacticos can be reached at 415-315-8801.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed: September 13, 2007

_____
Sonja Keenan

DECLARATION OF SONJA KEENAN IN SUPPORT OF PLAINTIFFS' APPLICATIONS For Admission of Attorney Pro Hac Vice of Sonja Keenan and Andrew C. Chien – Case No. 07-MC-80218-SI