George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, CA 94104-4712
Telephone No.(415) 318-8800
Facsimile No. (415) 676-5816
*gtacticos@morganfinnegan.com*

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone:  212-415-8700
Facsimile:  212-415-8701
*achien@morganfinnegan.com*
*skeenan@morganfinnegan.com*

*ATTORNEYS FOR PLAINTIFFS*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGENE LABORATORIES, INC. and<br>UPSHER-SMITH LABORATORIES, INC., )<br><br>Plaintiffs, Counterclaim- )<br>Defendants, )<br><br>v. )<br><br>APOTEX, INC. and )<br>APOTEX CORP., )<br><br>Defendants, )<br>Counterclaim-Plaintiffs ) | Case No. 07-MC-80218 -SI<br><br>**PLAINTIFFS' EX PARTE MOTION TO**<br>**EXPEDITE HEARING ON MOTION TO**<br>**QUASH SUBPOENA ISSUED BY**<br>**PLAINTIFFS FOR DEPOSITION OF DR.**<br>**LYNN M. TERREBONNE**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE:    HON. SUSAN ILLSTON |

EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA
ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE

Pursuant to Civil Local Rule 6-3 of the United States District Court for the Northern

District of California, Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. (hereinafter

"Plaintiffs") respectfully submit this motion to expedite the hearing on the Motion to Quash filed by

PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR
DEPOSITION OF DR. LYNN M. TERREBONNE– Case No. 07-MC-80218-SI

1

1   Defendants, Apotex, Inc. and Apotex Corp., on September 4, 2007 which is directed to a subpoena

2   issued by Plaintiffs for the deposition of Dr. Lynn M. Terrebonne (hereinafter "Terrebonne

3   Subpoena").

4           The Terrebonne Subpoena was issued as part of fact discovery in a pending litigation

5   entitled *Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v. Apotex, Inc. and Apotex*

6   *Corp.,* Case No. 06-cv-5571-RPP-THK, which is before the United States District Court for the

7   Southern District of New York (hereinafter the "instant litigation").  Dr. Terrebonne was identified

8   by Defendants as a person knowledgeable about the Defendants' Certification Letter served on

9

10  Plaintiffs which led to the filing of the instant litigation.  Dr. Terrebonne was also identified as

11  having knowledge and information upon which Defendants will rely on to support their allegations

12  of invalidity and unenforceability.  Dr. Terrebonne's deposition was noticed to take place on

13  September 10, 2007, during the fact discovery time period.

14          The original Fed. R. Civ. P. 26(f) Scheduling Order for the instant litigation provided

15  for the conclusion of fact discovery on August 31, 2007.  Defendants petitioned Judge Patterson for

16  an extension of time for fact discovery to be completed by both sides and the Court granted an

17

18  extension so that the period for fact discovery in this case will now conclude on September 14, 2007.

19  However, the hearing on the Motion to Quash Dr. Terrebonne's subpoena is currently scheduled for

20  October 19, 2007.  This date falls far beyond the cut-off for fact discovery and is after other

21  scheduled dates including the deadline for exchanging proposed meanings of claim terms on October

22  15, 2007.

23

24          Plaintiffs submit their accompanying Proposed Order and Declaration in support of

25  this Motion.  As set forth therein, Plaintiffs' instant Motion is meritorious and should be granted.

26

27

28
PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE– Case No. 07-MC-80218-SI

2

1    Plaintiffs have met and conferred with Defendants in an effort to resolve this matter,

2    but the parties were unable to reach a resolution.

3    Dated:  September 13, 2007                                Respectfully Submitted,

4

5

6                                                              George Tacticos (Bar No. 60089)
                                                               MORGAN & FINNEGAN, LLP
7                                                              44 Montgomery Street, Suite 2550
                                                               San Francisco, CA 94104-4712
8                                                              Telephone No. (415) 318-8800
                                                               Facsimile No.  (415) 676-5816
9                                                              *gtacticos@morganfinnegan.com*
                                                               *ATTORNEYS FOR PLAINTIFFS*

10                                                             Andrew Chien (appearance *pro hac vice*)
11                                                             Sonja Keenan (appearance *pro hac vice*)
                                                               MORGAN & FINNEGAN, LLP
12                                                             3 World Financial Center
                                                               New York, NY 10281
13                                                             Telephone No. (212) 415-8700
                                                               Facsimile No.  (212) 415-8701
14                                                             *achien@morganfinnegan.com*
                                                               *skeenan@morganfinnegan.com*
15                                                             *ATTORNEYS FOR PLAINTIFFS*

16

17

18

19

20

21

22

23

24

25

26

27

28

1   George Tacticos (Bar No. 60089)
    MORGAN & FINNEGAN, LLP
2   44 Montgomery Street, Suite 2550
    San Francisco, CA 94104-4712
3   Telephone No.(415) 318-8800
    Facsimile No. (415) 676-5816
4   gtacticos@morganfinnegan.com

5   Andrew C. Chien (appearance pro hac vice)
    Sonja Keenan (appearance pro hac vice)
6   MORGAN & FINNEGAN, LLP
7   3 World Financial Center
    New York, NY 10281-2101
8   Telephone:  212-415-8700
    Facsimile:  212-415-8701
9   achien@morganfinnegan.com
    skeenan@morganfinnegan.com
10

11  ATTORNEYS FOR PLAINTIFFS

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA
14

15  UNIGENE LABORATORIES, INC. and     )   Case No. 07-MC-80218-SI
    UPSHER-SMITH LABORATORIES, INC.,   )
16                                     )   **DECLARATION OF SONJA KEENAN IN**
                                       )   **SUPPORT OF PLAINTIFFS' EX PARTE**
17         Plaintiffs, Counterclaim-   )   **MOTION TO EXPEDITE HEARING ON**
           Defendants,                 )   **MOTION TO QUASH SUBPOENA**
18      v.                             )   **ISSUED BY PLAINTIFFS FOR**
                                       )   **DEPOSITION OF DR. LYNN M.**
19  APOTEX, INC. and                   )   **TERREBONNE**
    APOTEX CORP.,                      )
20                                     )   DATE:
           Defendants,                 )   TIME:
21         Counterclaim-Plaintiffs     )   COURTROOM:
                                       )   JUDGE:   HON. SUSAN ILLSTON
22

23

24          I, Sonja Keenan, declare as follows:

25          1.      I am an attorney with the law firm Morgan & Finnegan, LLP, attorneys of

26  record for Plaintiffs and Counterclaim-Defendants Unigene Laboratories, Inc. and Upsher-Smith

27  Laboratories, Inc. (hereinafter "Plaintiffs") in the action entitled *Unigene Laboratories, Inc. and*

28

DECLARATION OF SONJA KEENAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO
QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE– Case No. 07-MC-80218-SI

1

*Upsher-Smith Laboratories, Inc. v. Apotex, Inc. and Apotex Corp.*, Case No. 06-cv-5571-RPP-THK in the United States District Court for the Southern District of New York (hereinafter the "instant litigation").

2.    I am a member of the Connecticut bar, currently admitted *pro hac vice* in the United States District Court for the Southern District of New York for the instant litigation, also currently admitted *pro hac vice* in the United States District Court for the Northern District of California for this matter, and registered to practice before the United States Patent and Trademark Office.

3.    I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief as to those matters I believe to be true based on information I have received.

4.    On August 20, 2007 Plaintiffs served a subpoena (hereinafter the "Terrebonne Subpoena") on Dr. Lynn Terrebonne. Although Dr. Terrebonne is a former associate of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., Defendants' counsel in the instant litigation, Dr. Terrebonne was identified by Defendants as a person knowledgeable about the Certification Letter served on Plaintiffs which led to the filing of the instant litigation. Dr. Terrebonne was also identified as having knowledge and information upon which Defendants will rely on to support their allegations of invalidity and unenforceability. Plaintiffs have taken the deposition of two Apotex, Inc. employees who were identified as being "most knowledgeable" about the Certification Letter. Both employees had no substantive information about the Certification Letter. Consequentially, Plaintiffs now seek factual information about the Certification Letter from Dr. Terrebonne. Dr. Terrebonne's deposition was noticed to take place on September 10, 2007, during the fact discovery time period.

5.     On information and belief, in response to the subpoena, Dr. Terrebonne found documents in her possession relating to Defendants and the instant litigation (see page 4 of Defendants' Memorandum of Points and Authorities in Support of Motion to Quash Subpoena Issued by Plaintiffs for Deposition of Dr. Lynn M. Terrebonne, Esq.).

6.     The original Fed. R. Civ. P. 26(f) Scheduling Order for the instant litigation provided for the conclusion of fact discovery on August 31, 2007. Defendants petitioned Judge Patterson for an extension of time for fact discovery to be completed by both sides and the Court granted an extension so that the period for fact discovery in this case will now conclude on September 14, 2007. However, the hearing on the Motion to Quash Dr. Terrebonne's subpoena is currently scheduled for October 19, 2007. This date falls far beyond the cut-off for fact discovery and is after other scheduled dates including the deadline for exchanging proposed meanings of claim terms on October 15, 2007.

7.     On information and belief, Dr. Terrebonne is being represented by Defendants' counsel in this matter. The parties held a meet-and-confer teleconference regarding the Terrebonne Subpoena on August 21, 2007. During this August 21, 2007 teleconference Plaintiffs discussed with Defendants the reasons Plaintiffs are entitled to discovery of the underlying facts known to Dr. Terrebonne relating to the claims or defenses that Defendants have asserted in the Certification Letter. At that time Defendants threatened to file a Motion to Quash the subpoena, but did not act until September 4, 2007. However, Defendants agreed to provide Plaintiffs with documents and/or a privilege log for documents that were responsive to the document requests contained in the Terrebonne Subpoena. Defendants did produce documents and provided a privilege log to Plaintiffs on August 24, 2007.

8.    On information and belief, Defendants filed a Motion to Quash the Terrebonne Subpoena with this Court on September 4, 2007 and notified Plaintiffs of said filing by electronic mail the evening of September 5, 2007. On September 7, 2007 Defendants notified Plaintiffs that Dr. Terrebonne would not be produced at the deposition scheduled for September 10, 2007. In response and due to the impending close of fact discovery scheduled for September 14, 2007, Plaintiffs initiated a meet-and-confer teleconference on September 7, 2007 with Defendants regarding this deposition. During this teleconference Plaintiffs made two proposals to Defendants to ensure that this deposition would go forward if the pending Motion to Quash was denied because the fact discovery period would be concluded prior to the October 19, 2007 hearing date set by the Court. Plaintiffs proposed that the parties agree that if the Motion to Quash was denied Dr. Terrebonne would be deposed on a mutually convenient date thereafter. Alternatively, Plaintiffs proposed that the parties jointly petition Judge Illston for an expedited hearing on the Motion to Quash and that if the Motion was denied Dr. Terrebonne would be deposed on a mutually convenient date thereafter. Defendants indicated that they needed to consider the proposals and would notify Plaintiffs of their decision on September 10, 2007. On the afternoon of September 10, 2007 Defendants rejected both proposals. Due to the impending close of fact discovery Plaintiffs respectfully request an expedited hearing on the Motion to Quash the Terrebonne Subpoena.

I hereby declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on September 13, 2007.

Sonja Keenan

DECLARATION OF SONJA KEENAN IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE– Case No. 07-MC-80218-SI

5

1  
2  George Tacticos (Bar No. 60089)  
   MORGAN & FINNEGAN, LLP  
3  44 Montgomery Street, Suite 2550  
   San Francisco, California 94104  
4  Telephone: 415-318-8800  
   Facsimile: 415-676-5816  
5  gtacticos@morganfinnegan.com  

6  Andrew C. Chien (appearance *pro hac vice*)  
7  Sonja Keenan (appearance *pro hac vice*)  
   MORGAN & FINNEGAN, LLP  
8  3 World Financial Center  
   New York, NY 10281-2101  
9  Telephone: 212-415-8700  
   Facsimile: 212-415-8701  
10 achien@morganfinnegan.com  
11 skeenan@morganfinnegan.com  

12 Attorneys for Plaintiffs  
   *UNIGENE LABORATORIES, INC. AND*  
13 *UPSHER SMITH LABORATORIES, INC.*  

14            UNITED STATES DISTRICT COURT  
15           NORTHERN DISTRICT OF CALIFORNIA  

16 _____  
                                    )
17 UNIGENE LABORATORIES, INC. and   )   Case No. 07-MC-80218-SI
   UPSHER-SMITH LABORATORIES, INC., )
18                                   )   **[PROPOSED] ORDER**
                                    )
19         Plaintiffs, Counterclaim-)
           Defendants,              )
20                                  )   Date:
      v.                            )   Time:
21                                  )   Courtroom:
   APOTEX, INC. and                 )   Judge: Hon. Susan Illston
22 APOTEX CORP.,                    )
                                    )
23         Defendants,             )
           Counterclaim-Plaintiffs )
24 _____)

25  
26  
27  
28  
                                         [PROPOSED] ORDER
                                         Case No. 07-MC-80218-SI

                     1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc., having brought an *Ex Parte* Motion before this Court, pursuant to Civil Local Rule 6-3 of the United States District Court for the Northern District of California, for an Order to expedite the hearing on the Motion to Quash the subpoena issued by Plaintiffs for the deposition of Dr. Lynn M. Terrebonne, and based on the submissions, any arguments of counsel and for good cause shown;

IT IS HEREBY ORDERED Plaintiffs' *Ex Parte* Motion to expedite the hearing on the Motion to Quash the subpoena issued by Plaintiffs for the deposition of Dr. Lynn M. Terrebonne is hereby GRANTED, with same to take place on _____.

_____
United States District Court Judge Susan Illston

Dated: _____, 2007

George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
achien@morganfinnegan.com
skeenan@morganfinnegan.com

Attorneys for Plaintiffs
*UNIGENE LABORATORIES, INC. AND*
*UPSHER SMITH LABORATORIES, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNIGENE LABORATORIES, INC. and UPSHER-SMITH LABORATORIES, INC., ) ) ) | Case No. 07-CV-80218-MISC |
| Plaintiffs, Counterclaim- ) Defendants, ) | **PROOF OF SERVICE** |
| v. ) ) | |
| APOTEX, INC. and APOTEX CORP., ) ) ) | |
| Defendants, ) Counterclaim-Plaintiffs ) ) | |

1        I, Ashley Hunsberger, declare:

2        I am a citizen of the United States and am employed in San Francisco County,

3  California. I am over the age of eighteen years and not personally a party to the within-entitled

4  action. My business address is 44 Montgomery Street, San Francisco, California 94104. On

5  September 13, 2007, I served a copy of the within document(s):

6

7  **PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE**

8

9  **DECLARATION OF SONJA KEENAN IN SUPPORT OF EX PARTE MOTION TO EXPEDITE HEARING ON MOTION TO QUASH SUBPOENA ISSUED BY PLAINTIFFS FOR DEPOSITION OF DR. LYNN M. TERREBONNE**

10

11

12  **[PROPOSED] ORDER**

13      by transmitting via **Facsimile** the document(s) listed above to the email addresses set

14  forth below on Thursday, September 13, 2007, after 9:00 a.m.

15

16      Daniel Rapaport, Esq.
    **WENDEL, ROSEN, BLACK & DEAN LLP**

17      1111 Broadway, 24th Floor
    Oakland, California 94607-4036

18      Fax: 510-834-1928

19

20      By placing the document(s) listed above in a sealed FEDEX envelope with overnight

21  deliver fees paid or provided for, addressed to the person(s) on whom it is to be served, at the

22  addresses set forth below, and causing the envelope to be delivered that same date to a FEDEX

23  courier or driver authorized by the express service carrier to receive documents for delivery:

24      Daniel Rapaport, Esq.
    **WENDEL, ROSEN, BLACK & DEAN LLP**

25      1111 Broadway, 24th Floor
    Oakland, California 94607-4036

26

27

28

---

1

PROOF OF SERVICE
Case No. 07-CV-80218-MISC

1         I declare under penalty of perjury under the laws of the State of California that the

2 foregoing is true and correct.

3         Executed on September 13, 2007, at San Francisco, California

4

5                           Ashley Hunsberger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Case No. 07-CV-80218-MISC