George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
achien@morganfinnegan.com
skeenan@morganfinnegan.com

*ATTORNEYS FOR PLAINTIFFS.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNIGENE LABORATORIES, INC. and UPSHER-SMITH LABORATORIES, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants, Counterclaim-Plaintiffs | Case No. 07-MC-80218-SI <br><br> **DECLARATION OF SONJA KEENAN IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO EXPEDITE HEARING** <br><br> DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: HON. SUSAN ILLSTON |

I, Sonja Keenan, declare as follows:

1.      I am an attorney with the law firm Morgan & Finnegan, LLP, attorneys of record for Plaintiffs and Counterclaim-Defendants Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. (hereinafter "Plaintiffs") in the action entitled *Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v. Apotex, Inc. and Apotex Corp.*, Case No. 06-cv-5571-RPP-THK in the United States District Court for the Southern District of New York before the Hon. Robert P. Patterson (the "Action").

2.      I am a member of the Connecticut bar, currently admitted *pro hac vice* in the United States District Court for the Southern District of New York for the Action, and registered to practice before the United States Patent and Trademark Office.  I have also been admitted *pro hac vice* to this Court for this matter.

3.      I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief as to those matters I believe them to be true based on information I have received.

4.      On August 20, 2007 Plaintiffs served a subpoena on Dr. Lynn Terrebonne (hereinafter the "Terrebonne Subpoena").  The Terrebonne Subpoena commanded Dr. Terrebonne to appear for deposition on September 10, 2007.

5.      On August 20, 2007, Defendants provided Plaintiffs with a letter stating that the law office of Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. (hereinafter, "Caesar Rivise") is representing Dr. Terrebonne in connection with the Terrebonne Subpoena.  A true and correct copy of the August 20, 2007 letter from William J. Castillo to Joseph A. DeGirolamo has been submitted as Defendants' Exhibit C attached to the Declaration of William J. Castillo.

6.      On August 21, 2007, Defendants' counsel Caesar Rivise and Plaintiffs' counsel held a meet-and-confer teleconference to discuss the Terrebonne Subpoena.  A true and correct copy of the August 22, 2007 letter from Sonja Keenan to William J. Castillo memorializing the meet-and-confer has been submitted as Defendants' Exhibit D attached to the Declaration of William J. Castillo.

7.      On August 24, 2007, Defendants' counsel Caesar Rivise provided Plaintiffs with non-privileged documents and privilege log for withheld documents in Dr. Terrebonne's possession.  A true and correct copy of the August 24, 2007 cover letter from William J. Castillo to Joseph A. DeGirolamo enclosing produced documents and privilege log is attached as Exhibit A hereto.

2

8.      On September 7, 2007, Defendants confirmed that Dr. Terrebonne will not be produced for her subpoenaed deposition on September 10, 2007. A true and correct copy of Defendants' letter from William J. Castillo to Sonja Keenan is attached as Exhibit B hereto.

9.      On September 7, 2007, Plaintiffs' contacted Defendants proposing: (1) Defendants' consent to produce Dr. Terrebonne's deposition if the Motion to Quash is denied, and (2) a joint petition to the Court for an expedited hearing on the Motion to Quash. A true and correct copy of Plaintiffs' September 7, 2007 letter memorializing the proposals is attached as Exhibit C hereto.

10.     On September 10, 2007, Defendants advised that neither proposal made by Plaintiff on September 7, 2007 was acceptable. A true and correct copy of the September 10, 2007 letter from William J. Castillo to Sonja Keenan is attached as Exhibit D hereto.

11.     On September 12, 2007, a hearing was held before the Hon. Robert P. Patterson in the United States District Court for the Southern District of New York. A true and correct copy of an excerpt from this hearing is attached as Exhibit E hereto.

12.     Prior to the filing of the Ex Parte Motion, at approximately 4:03 p.m. PST on September 13, 2007, Plaintiffs notified Caesar Rivise of their intent to file the *Ex Parte* Motion. A true and correct copy of Plaintiffs' letter to Caesar Rivise is attached as Exhibit F hereto.

13.     Likewise, Plaintiffs notified Daniel Rapaport of Wendel, Rosen, Black & Dean LLP (the "Wendel firm") at approximately 4:15 p.m. PST on September 13, 2007, of their intent to file the *Ex Parte* Motion. A true and correct copy of Plaintiffs' letter to the Wendel firm has been submitted as Defendants' Exhibit A attached to the Declaration of Daniel Rapaport.

14.     On September 13, 2007, at 4:31 p.m., due to Defendants' refusal to participate in a joint application to expedite the hearing on Defendants' Motion to Quash, Plaintiffs filed the *Ex Parte* Motion with this Court.

15.     On September 14, 2007, Defendants informed Plaintiffs that they will produce Dr. Terrebonne for deposition if the Motion to Quash is denied. A true and correct copy of Defendants' September 14, 2007 letter from Marc B. Bassler to Sonja Keenan has been submitted as Defendants' Exhibit B attached to the Declaration of Daniel Rapaport.

16.     In a telephone conversation with me on September 17, 2007, Thiele R. Dunaway requested that Plaintiffs withdraw its *Ex Parte* Motion. I responded by telephone to Ms. Dunaway that Plaintiffs would not agree to Defendants' request. Additionally, in a letter of the same day,

3

1  Plaintiffs confirmed their position. A true and correct copy of Plaintiffs' September 17, 2007 letter
2  from Sonja Keenan to Daniel Rapaport and Thiele R. Dunaway has been submitted as Defendants'
3  Exhibit A attached to the Declaration of Thiele R. Dunaway.

4        I hereby declare under penalty of perjury that the foregoing statements made by me are true.

5  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to

6  punishment.

       Executed on September 20, 2007.

7

8                                                    _____
                                                     Sonja Keenan
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                4

28
       _____
                                                     DECLARATION OF KEENAN
                                                     Case No. 07-MC-80218-SI

# EXHIBIT A



LAW OFFICES

# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.

PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | MICHAEL J. BERKOWITZ | FRANK M. LINQUITI | WILLIAM C. YOUNGBLOOD* | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | SCOTT M. SLOMOWITZ* | GARY A. GREENE | DAVID B. GORNISH* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | MONA GUPTA | MICHAEL J. CORNELISON | NICHOLAS M. TINARI, JR.* | COUNSEL |
| BARRY A. STEIN | DAVID M. TENER | BRUCE J. CHASAN | JOSEPH F. MURPHY, PH.D. | ALLAN H. FRIED, PH.D. |
| MARTIN L. FAIGUS | SALVATORE R. GUERRIERO* | MARINA E. VOLIN* | COLLEEN R. BUTCHER | |
| ERIC S. MARZLUF | JAMES J. KOZUCH | LYNN M. TERREBONNE, PH.D. | | * ALSO ADMITTED TO PRACTICE IN NJ |
| ROBERT S. SILVER | WILLIAM J. CASTILLO*† | MARC B. BASSLER | | † ALSO ADMITTED TO PRACTICE IN NY |

August 24, 2007

***Via Federal Express***
Joseph A. DeGirolamo, Esq.
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY  10281-2101

        Re:    UNIGENE LABORATORIES, INC. AND UPSHER-SMITH
               LABORATORIES, INC. v. APOTEX, INC. AND APOTEX CORP.
               Civil Action No. 06-CV-5571 RPP THK
               Our Reference:  A1047/40048

Dear Joe:

      Enclosed you will find the non-privileged documents and privilege log responsive to the subpoenas you issued for Messrs. Rosenberg and Rakoczy and Dr. Terrebonne.

      Since you failed to confirm whether the August 20, 2007 subpoena for Dr. Terrebonne replaces the August 10, 2007 subpoena for Dr. Terrebonne, we notify you that we respond to both Terrebonne subpoenas for production of documents herewith.

      We note that neither Mr. Rosenberg nor Mr. Rakoczy were able to locate documents responsive to your subpoenas.   However, as a courtesy we draw your attention to our privilege log Bates ranges A006050 - A006486  which describes documents which appear to be responsive

**RECEIVED**

AUG 27 2007



# EXHIBIT B



LAW OFFICES
# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | COLLEEN R. BUTCHER | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | DOUGLAS PANZER* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN* | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

## FACSIMILE TRANSMITTAL SHEET
September 7, 2007

| To: | Morgan & Finnegan, L.L.P. | From: | William J. Castillo, Esq. |
|---|---|---|---|
| Attn.: | Sonja Keenan, Esq. | Time: | |
| Fax No.: | 212-415-8701 | Our Ref.: | A1047/40048 |
| Pages: | 2 (including cover) | | |

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED
### ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE.

This transmittal contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee.  If you are not the intended recipient, you are hereby notified that any dissemination or copying is strictly prohibited.  If you have received the transmission in error, please call us immediately by telephone (collect) and we will make arrangements with you to have the original facsimile returned to us at our expense. Thank You.

### COMMENTS

09/07/2007 11:21 FAX  2155672549        CAESAR RIVISE ET AL                    🗹002/002



LAW OFFICES

# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.

PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | COLLEEN R. BUTCHER | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | DOUGLAS PANZER* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN* | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

September 7, 2007

*__Via Facsimile 212-415-8701__*
Sonja Keenan, Esq.
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY  10281-2101

|  |  |
|---|---|
| Re: | Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. |
|  | v. Apotex, Inc. and Apotex Corp. |
|  | Civil Action No. 06-CV-5571-RPP-THK |
| Sub: | Our Ref. No.: A1047/40048 |

Dear Sonja:

Further to your letter of September 6, 2007, please be advised that Dr. Terrebonne will not be appearing for the scheduled deposition on Monday September 10, 2007 in view of the pending Motion to Quash the Subpoena for deposition of Dr. Lynn M. Terrebonne.

Sincerely yours,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

By_____
William J. Castillo

WJC:as
cc: Dr. Lynn M. Terrebonne

---

# EXHIBIT C

09/07/2007 21:11 FAX                                                      ☑001

```
                    *********************
                    ***  TX REPORT  ***
                    *********************


        TRANSMISSION OK

        TX/RX NO            0024
        DESTINATION TEL #   91657#4919#0001#12157511142#
        DESTINATION ID
        ST. TIME            09/07 21:10
        TIME USE            00'39
        PAGES SENT          3
        RESULT              OK
```

# Morgan & Finnegan, L.L.P.                    FAX COVER SHEET

A Registered Limited Liability Partnership
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101
TEL: 212-415-8700
FAX: 212-415-8701

| To | COMPANY | PHONE | FAX |
|---|---|---|---|
| William J. Castillo, Esq. Robert S. Silver, Esq. | Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. | 215-567-2010 | 215-751-1142 |

| FROM: | Sonja Keenan, Esq. | DATE: | September 7, 2007 |
|---|---|---|---|
| IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL: | 212-415-8769 | CLIENT/MATTER: | 4919-0001 |
| CONFIRM: | | PAGES (INCLUDING COVER): | 3 |

COMMENTS:

Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v. Apotex Inc. and Apotex Corp.

# Morgan & Finnegan, L.L.P.

HARRY C. MARCUS
JOHN F. SWEENEY†
ARNOLD I. RADY†
WILLIAM S. FEILER†
JAMES W. GOULD†
RICHARD C. KOMSON
CHRISTOPHER K. HU
BARTHOLOMEW VERDIRAME
MARIA C. H. LIN
JOSEPH A. DeGIROLAMO
MICHAEL P. DOUGHERTY
SETH J. ATLAS
JOHN T. GALLAGHER♦
STEVEN F. MEYER♦
DAVID H.T. KANE
SIEGRUN D. KANE
TONY V. PEZZANO
ANDREA L. WAYDA
MICHAEL S. MARCUS†
JOHN E. HOEL♦†
JOHN W. OSBORNE
ROBERT K. GOETHALS
PETER N. FILL

RICHARD STRAUSSMAN♦
GERARD A. HADDAD
MICHAEL O. CUMMINGS
KENT STEVENS♦†
WILLIAM G. HU†
MATTHEW K. BLACKBURN♦
KEITH J. McWHA†

COUNSEL
JOHN C. VASSIL
DAVID H. PFEFFER
EUGENE MOROZ
J. ROBERT DAILEY
JANET DORE
ROGER S. SMITH
JOSEPH C. REDMOND, JR.†
HERBERT BLECKER
GEORGE TACTICOS‡
EVELYN G. HEILBRUNN††

SENIOR COUNSEL
JEROME G. LEE
THOMAS P. DOWLING
JOHN A. DIAZ
ALFRED P. EWERT†
STEPHEN R. SMITH

A Registered Limited Liability Partnership

3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101
TEL: 212-415-8700
FAX: 212-415-8701
www.morganfinnegan.com

WRITER'S DIRECT DIAL NUMBER:

(212) 415-8769
skeenan@morganfinnegan.com
September 7, 2007

SCOTT D. GREENBERG
JAMES HWA†
TOD M. MELGAR
COLIN FOLEY
ERIC G. WRIGHT♦†
PING GU
SERGEY KOLMYKOV
JENNIFER BIANROSA
DANIELLE VINCENTI TULLY
JOSHUA H. HARRIS
JESSICA L. RANDO
TODD L. FETTIG
BRAD M. SCHELLER
JEFFREY Z.Y. LIAO
ELLIOT L. FRANK♦†
ANDREW C. CHIEN
HIROYUKI YASUDA
SEAN E. JACKSON♦
STEVEN PURDY
PANKAJ SONI
STEVEN R. FAIRCHILD
SONJA KEENAN♦
JORGE AVITIA

VINNY LEE
ERIN M. HICKEY
CALVIN WINGFIELD
SETH SILVERMAN♦

SCIENTIFIC ADVISORS
SUNGHO HONG, PH.D.
EVELYN M. KWON, PH.D.
ANDREW D. COHEN, PH.D.
BRANDON T. SCHURTER, PH.D.
KENNETH A. BRATLAND, PH.D.
SERGE ILIN-SCHNEIDER, PH.D.
ANGUS GILL
BRIAN W. BROWN
NIRAV S. AMIN

‡　ADMITTED IN CALIFORNIA
♦　ADMITTED IN CONNECTICUT
†　ADMITTED IN WASHINGTON, D.C.
*　NOT ADMITTED IN NEW YORK

## Via Facsimile 215-751-1142

William J. Castillo, Esq.
(cc: Robert S. Silver, Esq.)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
11th Floor
Seven Penn Center
1635 Market Street
Philadelphia, PA  19103-2212

　　　　　　　Re:　　Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v.
　　　　　　　　　　Apotex, Inc. and Apotex Corp.
　　　　　　　　　　Case No. 06-cv-5571-RPP-THK

Dear William:

　　　　　　We write to summarize our discussions during our meet-and-confer
teleconference this afternoon, Friday, September 7, 2007 to review various issues triggered by
the Motion to Quash Dr. Terrebonne's subpoena filed on September 4, 2007 with the Northern
District of California.  As we discussed, the return date for the hearing on the Motion is currently
scheduled for October 19, 2007.  However, fact discovery in the case ends on September 14,
2007.  Thus, if the Motion to Quash is denied at the hearing on October 19, 2007 or later,
technically Plaintiffs would not be able to take Dr. Terrebonne's deposition since fact discovery
would have long since closed.  In view of these facts, we asked you to consider and agree to one
of two proposals which we set forth below:

　　　　　　(1) If the Motion to Quash is denied at the October 19, 2007 hearing or thereafter,
Dr. Terrebonne will agree to be deposed on a mutually convenient date shortly thereafter even
though fact discovery in the case has ended; or

William J. Castillo, Esq.
September 7, 2007
Page 2


       (2) The parties will jointly petition Judge Illston for an expedited hearing on the
Motion to Quash and if the Motion to Quash is denied, Dr. Terrebonne will agree to be deposed
at a mutually convenient date even if said date is outside the period for fact discovery in the case.

       It is our understanding that you will circulate this letter incorporating our
proposals to your colleagues for review this weekend and provide us with a response or
counterproposal by Monday, September 10, 2007.  We look forward to hearing from you.

                        Very truly yours,

                        Sonja Keenan


cc:  Robert S. Silver, Esq.

# EXHIBIT D

09/10/2007 14:25 FAX  2155672549          CAESAR RIVISE ET AL                        ☑ 001/002



LAW OFFICES

# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.

PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | COLLEEN R. BUTCHER | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN | DOUGLAS PANZER* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLN† | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH† | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

## FACSIMILE TRANSMITTAL SHEET
September 10, 2007

| To: | Morgan & Finnegan, L.L.P. | From: | William J. Castillo, Esq. |
|---|---|---|---|
| Attn.: | Sonja Keenan, Esq. | Time: | |
| Fax No.: | 212-415-8701 | Our Ref.: | A1047/40048 |
| Pages: | 2  (including cover) | | |

IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED
ABOVE, PLEASE CALL US BACK AS SOON AS POSSIBLE.

This transmittal contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any dissemination or copying is strictly prohibited. If you have received the transmission in error, please call us immediately by telephone (collect) and we will make arrangements with you to have the original facsimile returned to us at our expense. Thank You.

**COMMENTS**

09/10/2007 14:26 FAX  2155672549          CAESAR RIVISE ET AL                    ☐002/002



LAW OFFICES
# CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
PATENTS, TRADEMARKS, COPYRIGHTS

| | | | | |
|---|---|---|---|---|
| ALAN H. BERNSTEIN | SCOTT M. SLOMOWITZ* | MICHAEL J. CORNELISON | COLLEEN R. BUTCHER | A.D. CAESAR (1901-1995) |
| STANLEY H. COHEN | MONA GUPTA | BRUCE J. CHASAN* | DOUGLAS PANZER* | CHARLES RIVISE (1900-1951) |
| MANNY D. POKOTILOW | DAVID M. TENER | MARINA E. VOLIN* | | |
| BARRY A. STEIN | SALVATORE R. GUERRIERO* | MARC B. BASSLER | TECHNICAL ADVISOR | COUNSEL |
| MARTIN L. FAIGUS | JAMES J. KOZUCH | WILLIAM C. YOUNGBLOOD* | THOMAS J. CLARE | ALLAN H. FRIED, PH.D. |
| ERIC S. MARZLUF | WILLIAM J. CASTILLO*† | DAVID B. GORNISH* | | |
| ROBERT S. SILVER | FRANK M. LINGUITI | NICHOLAS M. TINARI, JR.* | | * ALSO ADMITTED TO PRACTICE IN NJ |
| MICHAEL J. BERKOWITZ | GARY A. GREENE | JOSEPH F. MURPHY, PH.D. | | † ALSO ADMITTED TO PRACTICE IN NY |

September 10, 2007

*__Via Facsimile 212-415-8701__*
Sonja Keenan, Esq.
Morgan & Finnegan, L.L.P.
3 World Financial Center
New York, NY 10281-2101

       Re:    Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc.
              v. Apotex, Inc. and Apotex Corp.
              Civil Action No. 06-CV-5571-RPP-THK
       Sub:   Our Ref. No.: A1047/40048

Dear Sonja:

      Further to your letter of September 7, 2007, please be advised that we cannot agree to either of your proposals.

                  Yours sincerely,

                  CAESAR, RIVISE, BERNSTEIN,
                  COHEN & POKOTILOW, LTD.

                  By _____
                    William J. Castillo

WJC:as

# EXHIBIT E

91207 Hearing before Judge Patterson.txt

1

```
     79CHUNIC
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    UNIGENE LABORATORIES, INC.,
3    et al.,
4
4                   Plaintiffs,
5
5               v.                        06 Civ. 5571 (RPP)
6
6    APOTEX, INC., et al.,
7
7                   Defendant.
8
8    ------------------------------x
9
9                                    New York, N.Y.
10                                   September 12, 2007
10                                   9:45 a.m.
11
11
12   Before:
12
13                   HON. ROBERT P. PATTERSON
13
14                                    District Judge
14
15                        APPEARANCES
15
16   MORGAN & FINNEGAN, LLP
16        Attorneys for Plaintiffs
16   BY:  JOSHUA H. HARRIS
17        JOSEPH A. DeGIROLAMO
18
18   CAESAR RIVISE BERNSTEIN COHEN & POKOTILOW, LTD.
19        Attorneys for Defendants
19   BY:  MANNY POKOTILOW
20
20
21
21
22
22
23
23
24
24
25
25
```

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

2

```
     79CHUNIC
1              (In open court)
2              THE COURT:  Unigene Laboratories and Upsher-Smith
3    Laboratories v. Apotex, Inc. and Apotex Corporation.
4              Is the plaintiff ready?
5              MR. HARRIS:  Plaintiffs are ready, your Honor.  Joshua
6    Harris for plaintiff Unigene Laboratories and plaintiff
7    Upsher-Smith Laboratories.
```
                              Page 1

91207 Hearing before Judge Patterson.txt
(212) 805-0300

79CHUNIC
1  unsatisfactory and insubstantial responses to our written
2  discovery requests and we want to make sure that --
3           THE COURT:  In this area.
4           MR. HARRIS:  In this area.
5           MR. POKOTILOW:  Your Honor, we would like to know what
6  specific discovery requests they are talking about.
7           MR. HARRIS:  We intend to --
8           THE COURT:  This is what you should do in a meet and
9  confer.
10          Let me go on to 5.  Any and all products approved for
11 sale in another country for nasal spray delivery of calcium --
12 don't you all know that?  Why is there any need for that,
13 Mr. Harris?
14          MR. HARRIS:  We need to discover from defendants what
15 the market is with respect to other products and the
16 formulations of other products that they have not gone after in
17 seeking to go after our patented formulation.
18          THE COURT:  I suppose the other products are all
19 patented also.  I am just guessing.
20          MR. HARRIS:  I don't know.
21          THE COURT:  What does that go to in this lawsuit?
22          MR. HARRIS:  This goes, again, to secondary
23 considerations with respect to failed attempts of others and
24 Apotex's desire to seek approval for a generic version that
25 copies our product and infringes claim 19 of our patent.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

79CHUNIC
1           THE COURT:  Let me go on to 6.  Isn't that covered by
2  5?
3           MR. HARRIS:  No, your Honor.  The products that are
4  approved are covered in No. 5.  Attempts are discussed in No.
5  6.  Again, this goes to their failed attempts, perhaps attempts
6  to avoid infringement or lack of attempt to avoid infringement.
7           THE COURT:  Those are tied in together, I think.
8           MR. HARRIS:  There is some relationship, yes.
9           THE COURT:  What about 7?
10          MR. HARRIS:  Your Honor, No. 7 goes directly to
11 defendants' certification letter, which addresses what they
12 believe to be the grounds for invalidity and enforceability and
13 sets forth no grounds for non-infringement.  However, we
14 understand they are now raising non-infringement contentions.
15 We would like to explore that with respect to their original
16 letter served over a year ago which had no contentions of
17 non-infringement set forth in that letter.
18          MR. POKOTILOW:  Your Honor, may I say something here?
19          THE COURT:  Yes, sir.
20          MR. POKOTILOW:  No. 7, there is no one at Apotex who
21 would answer this.  This is expert testimony, not an ANDA
22 expert.  They are going to have an opportunity to ask those
23 questions when we get to expert testimony.
24          THE COURT:  Did someone at ANDA have something to do
25 with that?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

79CHUNIC
1           MR. POKOTILOW:  That was written by counsel, your
2  Honor, that certification letter.
                              Page 29

# EXHIBIT F

```
                        *********************
                        ***  TX REPORT  ***
                        *********************


        TRANSMISSION OK

        TX/RX NO            0028
        DESTINATION TEL #   91657#4919#0001#12157511142#
        DESTINATION ID
        ST. TIME           08/13 19:03
        TIME USE           00'33
        PAGES SENT            2
        RESULT             OK
```

# Morgan & Finnegan, L.L.P.

A Registered Limited Liability Partnership
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281-2101
TEL:  212-415-8700
FAX:  212-415-8701

# FAX COVER SHEET

| To | COMPANY | PHONE | FAX |
|---|---|---|---|
| Robert S. Silver, Esq.<br>William J. Castillo, Esq. | Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd. | 215-567-2010 | 215-751-1142 |

| | | | |
|---|---|---|---|
| **FROM:** | Sonja Keenan, Esq. | **DATE:** | September 13, 2007 |
| **IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL:** | 212-415-8769 | **CLIENT/MATTER:** | 4919-0001 |
| **CONFIRM:** | | **PAGES (INCLUDING COVER):** | 2 |

COMMENTS:

Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v. Apotex Inc. and Apotex Corp.

# Morgan & Finnegan, L.L.P.

A Registered Limited Liability Partnership
3 WORLD FINANCIAL CENTER
NEW YORK, NY  10281-2101
TEL:  212-415-8700
FAX:  212-415-8701

# FAX COVER SHEET

| To | COMPANY | PHONE | FAX |
|---|---|---|---|
| Robert S. Silver, Esq.<br>William J. Castillo, Esq. | Caesar, Rivise, Bernstein,<br>Cohen & Pokotilow, Ltd. | 215-567-2010 | 215-751-1142 |

| | | | |
|---|---|---|---|
| **FROM:** | Sonja Keenan, Esq. | **DATE:** | September 13, 2007 |
| **IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL:** | 212-415-8769 | **CLIENT/MATTER:** | 4919-0001 |
| **CONFIRM:** | | **PAGES (INCLUDING COVER):** | 2 |

**COMMENTS:**

Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v. Apotex Inc. and Apotex Corp.

THE DOCUMENT(S) ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAINS INFORMATION FROM THE LAW FIRM OF MORGAN & FINNEGAN, L.L.P. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED.  THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET.  IF YOU ARE NOT THE INTENDED  RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FAXED INFORMATION IS STRICTLY PROHIBITED, AND THE DOCUMENT(S) SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY.  IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU.

1092443 v1

# Morgan & Finnegan, L.L.P.

HARRY C. MARCUS
JOHN F. SWEENEY[†]
ARNOLD I. RADY[†]
WILLIAM S. FEILER[†]
JAMES W. GOULD[†]
RICHARD C. KOMSON
CHRISTOPHER K. HU
BARTHOLOMEW VERDIRAME
MARIA C. H. LIN
JOSEPH A. DeGIROLAMO
MICHAEL P. DOUGHERTY
SETH J. ATLAS
JOHN T. GALLAGHER[♦]
STEVEN F. MEYER[♦]
DAVID H.T. KANE
SIEGRUN D. KANE
TONY V. PEZZANO
ANDREA L. WAYDA
MICHAEL S. MARCUS[†]
JOHN E. HOEL[♦†]
JOHN W. OSBORNE
ROBERT K. GOETHALS
PETER N. FILL

RICHARD STRAUSSMAN[♦]
GERARD A. HADDAD
MICHAEL O. CUMMINGS
KENT STEVENS[♦†]
WILLIAM G. HU[†]
MATTHEW K. BLACKBURN[♦]
KEITH J. McWHA[†]

*COUNSEL*
JOHN C. VASSIL
DAVID H. PFEFFER
EUGENE MOROZ
J. ROBERT DAILEY
JANET DORE
ROGER S. SMITH
JOSEPH C. REDMOND, JR.[†]
HERBERT BLECKER
GEORGE TACTICOS[‡]
EVELYN G. HEILBRUNN[‡†]

*SENIOR COUNSEL*
JEROME G. LEE
THOMAS P. DOWLING
JOHN A. DIAZ
ALFRED P. EWERT[†]
STEPHEN R. SMITH

A Registered Limited Liability Partnership

**3 WORLD FINANCIAL CENTER**
NEW YORK, NY 10281-2101
TEL: 212-415-8700
FAX: 212-415-8701
www.morganfinnegan.com

WRITER'S DIRECT DIAL NUMBER:

(212) 415-8769
skeenan@morganfinnegan.com
September 13, 2007

SCOTT D. GREENBERG
JAMES HWA[†]
TOD M. MELGAR
COLIN FOLEY
ERIC G. WRIGHT[♦†]
SERGEY KOLMYKOV
JENNIFER BIANROSA
DANIELLE VINCENTI TULLY
JOSHUA H. HARRIS
JESSICA L. RANDO
TODD L. FETTIG
BRAD M. SCHELLER
JEFFREY Z.Y. LIAO
ELLIOT L. FRANK[♦†]
ANDREW C. CHIEN
HIROYUKI YASUDA
SEAN E. JACKSON[♦]
STEVEN PURDY
PANKAJ SONI
SONJA KEENAN[♦]
JORGE AVITIA
VINNY LEE
ERIN M. HICKEY
CALVIN WINGFIELD
SETH SILVERMAN[♦]

*SCIENTIFIC ADVISORS*
SUNGHO HONG, PH.D.
EVELYN M. KWON, PH.D.
ANDREW D. COHEN, PH.D.
BRANDON T. SCHURTER, PH.D.
KENNETH A. BRATLAND, PH.D.
SERGE ILIN-SCHNEIDER, PH.D.
ANGUS GILL
BRIAN W. BROWN
NIRAV S. AMIN

[‡] ADMITTED IN CALIFORNIA
[♦] ADMITTED IN CONNECTICUT
[†] ADMITTED IN WASHINGTON, D.C.
[*] NOT ADMITTED IN NEW YORK

**Via Facsimile/**
**Confirmation by U.S. Mail**

Daniel Rapaport, Esq.
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Robert S. Silver, Esq.
William J. Castillo, Esq.
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212

Re:    Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc. v.
         Apotex, Inc. and Apotex Corp.
         Case No. 06-cv-5571-RPP-THK

Dear Counsel:

This will confirm that Defendants have rejected both of Plaintiffs' proposals made to you on September 7, 2007 relating to the subpoena served on Dr. Terrebonne. Please be advised that Plaintiffs intend to file an *ex parte* application to Judge Illston in order to expedite the hearing on the Motion to Quash that was filed on September 4, 2007.

Very truly yours,

Sonja Keenan