George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
achien@morganfinnegan.com
skeenan@morganfinnegan.com

*ATTORNEYS FOR PLAINTIFFS*
*UNIGENE LABORATORIES, INC. and*
*UPSHER-SMITH LABORATORIES, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGENE LABORATORIES, INC. and UPSHER-SMITH LABORATORIES, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants, Counterclaim-Plaintiffs | Case No. 07-MC-80218-SI <br><br> **NOTICE OF CROSS-MOTION TO COMPEL DEPOSITION OF DR. LYNN M. TERREBONNE** <br><br> DATE: 10/19/07 <br> TIME: 9:00 A.M. <br> COURTROOM: 10, 19TH FLOOR <br> JUDGE: HON. SUSAN ILLSTON |

TO: THIELE R. DUNAWAY, ESQ.
WENDEL ROSEN, BLACK & DEAN, LLP
1111 BROADWAY, 24TH FLOOR
OAKLAND, CA 94607-4036
ATTORNEYS FOR DEFENDANTS AND LYNN M. TERREBONNE

PLEASE TAKE NOTICE that on October 19, 2007, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Northern District, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs UNIGENE LABORATORIES, INC. and UPSHER-SMITH LABORATORIES, INC. (hereinafter, "Plaintiffs") will cross-move this Court pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure for an Order Compelling the Deposition of Dr. Lynn Terrebonne for failure to comply to a Subpoena issued on August 20, 2007 in the United States District Court for the Northern District of California.

Prior to filing this cross-motion, the movant has in good faith attempted to confer with Defendants in an effort to secure the deposition of Dr. Terrebonne without court action.

This motion is supported by this notice of motion, the attached memorandum of law, and on any such further oral or documentary evidence and oral argument of counsel submitted at the hearing of this motion.

Dated: September 28, 2007        By: _____
George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
achien@morganfinnegan.com
skeenan@morganfinnegan.com

*ATTORNEY FOR PLAINTIFFS*