1  George Tacticos (Bar No. 60089)
   MORGAN & FINNEGAN, LLP
2  44 Montgomery Street, Suite 2550
   San Francisco, California 94104
3  Telephone: 415-318-8800
4  Facsimile: 415-676-5816
   gtacticos@morganfinnegan.com
5
6  Andrew C. Chien (appearance *pro hac vice*)
   Sonja Keenan (appearance *pro hac vice*)
7  MORGAN & FINNEGAN, LLP
   3 World Financial Center
8  New York, NY 10281-2101
   Telephone: 212-415-8700
9  Facsimile:  212-415-8701
   achien@morganfinnegan.com
10 skeenan@morganfinnegan.com
11
   *ATTORNEYS FOR PLAINTIFFS*
12 *UNIGENE LABORATORIES, INC. and*
   *UPSHER-SMITH LABORATORIES, INC.*
13

           UNITED STATES DISTRICT COURT
14         NORTHERN DISTRICT OF CALIFORNIA

15

16 _____
                                           )
17 UNIGENE LABORATORIES, INC. and          )    Case No. 07-MC-80218-SI
   UPSHER-SMITH LABORATORIES, INC.,        )
18                                         )    **[PROPOSED] ORDER**
                  Plaintiffs, Counterclaim-)
19                Defendants,              )
          v.                               )    DATE: 10/19/07
20                                         )    TIME: 9:00 A.M.
   APOTEX, INC. and                        )    COURTROOM: 10, 19TH FLOOR
21 APOTEX CORP.,                           )    JUDGE: HON. SUSAN ILLSTON
                                           )
22                Defendants,              )
                  Counterclaim-Plaintiffs  )
23                                         )
   _____)
24
25
26
27
28
_____
                                                      PROPOSED ORDER
                                                      Case No. 07-MC-80218-SI

1  Plaintiffs Unigene Laboratories, Inc. and Upsher-Smith Laboratories, Inc., having
2 brought a Cross-Motion before this Court, pursuant to Rule 37(a)(2) of the Federal Rules of Civil
3 Procedure, for an Order Compelling the Deposition of Dr. Lynn Terrebonne for failure to comply to
4 a Subpoena issued on August 20, 2007, in the United States District Court for the Northern District
5 of California, and based on the submissions, any arguments of counsel and for good cause shown;
6  IT IS HEREBY ORDERED that Defendants' Motion to Quash is DENIED, and;
7  IT IS HEREBY FURTHER ORDERED that Plaintiffs' cross-motion to compel the
8 deposition of Dr. Lynn M. Terebonne is hereby GRANTED, with same to take place on
9 _____.

_____
United States District Court Judge

Dated: _____, 2007