George Tacticos (Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, California 94104
Telephone: 415-318-8800
Facsimile: 415-676-5816
gtacticos@morganfinnegan.com

Andrew C. Chien (appearance *pro hac vice*)
Sonja Keenan (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
achien@morganfinnegan.com
skeenan@morganfinnegan.com

Attorneys for Plaintiffs
*UNIGENE LABORATORIES, INC. AND*
*UPSHER SMITH LABORATORIES, INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGENE LABORATORIES, INC. and UPSHER-SMITH LABORATORIES, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> APOTEX, INC. and APOTEX CORP., <br><br> Defendants, Counterclaim-Plaintiffs | Case No. 07-CV-80218-MISC <br><br> **PROOF OF SERVICE** |

1   I, Gayitri Chandiramani, declare:

2   I am a permanent resident of the United States and am employed in New York City,

3  New York. I am over the age of eighteen years and not personally a party to the within-entitled

4  action. My business address is 3 World Financial Center, New York, NY 10281-2101. On

5  September 28, 2007, I served a copy of the within document(s):

**NOTICE OF CROSS-MOTION TO COMPEL DEPOSITION OF DR. LYNN M. TERREBONNE**

**MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO QUASH AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION TO COMPEL**

**DECLARATION OF ANDREW CHIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO QUASH AND IN SUPPORT OF CROSS-MOTION TO COMPEL DEPOSITION OF DR. LYNN TERREBONNE**

**[PROPOSED] ORDER**

by transmitting via **Facsimile** the document(s) listed above to the email addresses set forth below on Friday, September 28, 2007, after 9:00 a.m.

Thiele R. Dunawy, Esq.
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Fax: 510-834-1928

William J. Castillo, Esq.
**CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD**
11th Floor, Seven Penn Center
1635 Market Street
Philadelphia, PA 19103-2212
Fax: 215-751-1142

By placing the document(s) listed above in a sealed FEDEX envelope with overnight deliver fees paid or provided for, addressed to the person(s) on whom it is to be served, at the

addresses set forth below, and causing the envelope to be delivered that same date to a FEDEX courier or driver authorized by the express service carrier to receive documents for delivery:

>Thiele R. Dunawy, Esq.
>**WENDEL, ROSEN, BLACK & DEAN LLP**
>1111 Broadway, 24th Floor
>Oakland, California 94607-4036

>William J. Castillo, Esq.
>**CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD**
>11th Floor, Seven Penn Center
>1635 Market Street
>Philadelphia, PA 19103-2212

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2007, at New York, New York.

_____
Gayitri Chandiramani