IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGENE LABORATORIES, INC. AND UPSHER-SMITH LABORATORIES, INC., <br><br> Plaintiffs, <br> Counterclaim-Defendants <br><br> v. <br><br> APOTEX, INC. AND APOTEX CORP., <br><br> Defendants, <br> Counterclaim-Plaintiffs. | No. C 07-80218 SI <br><br> **ORDER GRANTING MOTION TO EXPEDITE HEARING** |

Before the Court is plaintiffs' motion to expedite the hearing on defendants' motion to quash a subpoena for the deposition of Dr. Lynn M. Terrebonne. The subpoena was issued pursuant to litigation between the parties in the United States District Court for the Southern District of New York. Plaintiffs wish to depose Dr. Terrebonne prior to the October 15, 2007, deadline imposed by the district court in New York for exchanging proposed meanings of claim terms. Plaintiffs contend that if this Court denies the motion to quash, the deposition of Dr. Terrebonne may lead to information that is relevant to the exchange of proposed meanings of claim terms. The Court hereby GRANTS plaintiffs' motion to expedite the hearing. The hearing shall take place on October 11, 2007, at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: September 28, 2007

SUSAN ILLSTON
United States District Judge